UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

**F I L E D**

Jul 30 2026

**ARTHUR JOHNSTON, CLERK**

United States of America )
v. )
MICHELLE FRANCINE EDWARDS )  Case No.   1:26mj- 657 RPM
)
)
)
)

_____

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ July 23, 2026 _____ in the county of _____ Jackson _____ in the
_____ Southern _____ District of  MS, Southern Division  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Defendant, Michelle Francine Edwards, transmitted, in interstate commerce, a threatening communication containing a threat to kill or injure the person of another or damage or destroy any building, in violation of 18 U.S.C. § 844(e). |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Rayner, Task Force Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/30/26

_____
*Judge's signature*

City and state:        Gulfport, Mississippi        Robert P. Myers, Jr.,United States Magistrate Judge
_____
*Printed name and title*

## Affidavit for Criminal Complaint

### Probable Cause

I, Jonathan Rayner, being duly sworn, state as follows:

Your affiant is currently employed as an Investigator by the Jackson County Sheriff's Office (JCSO), presently assigned full-time to the Federal Bureau of Investigation (FBI), Southeast Mississippi Safe Streets Task Force (SMSSTF), Jackson Division, Pascagoula Resident Agency in Mississippi as a Task Force Officer (TFO). Your Affiant has been employed by the JCSO for approximately seven years. Your Affiant's current duties with the FBI include investigating threats of violence, bomb threats, mailed threats, crimes involving electronic communications and social media platforms, fugitives, kidnappings, and other federal criminal violations.

During my law enforcement career, I have received training and gained experience in digital evidence collection, electronic communications investigations, search and seizure, interview and interrogation techniques, surveillance, and criminal investigations. I have participated in numerous investigations involving bomb threats, threatening communications directed at public officials and law enforcement agencies, threatening correspondence transmitted through the United States Postal Service, and threats communicated through social media, email, telephone, and other electronic platforms.

I have prepared and executed numerous state and federal search warrants for electronically stored information and digital evidence, including records maintained by online service providers, telecommunications providers, social media companies, and electronic communication services. I have utilized subscriber information, IP address records, account activity, electronic communications, postal records, and other digital evidence to identify account

1

holders, authenticate communications, establish attribution, and gather evidence related to federal criminal offenses involving threats of violence and intimidation.

The aforementioned instances involved investigations relating to violations of both Title 18 and Title 21 of the United States Code. I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

This affidavit is based on my participation in this investigation, reports I have read related to this investigation, and conversations I have had with other law enforcement personnel. Based on this information, I am aware of the following facts:

### Summary of Probable Cause

1. On July 23, 2026, MICHELLE FRANCINE EDWARDS placed a bomb threat to the George County Chancery Clerks Office between 1:34pm CT and 1:42 pm CT. Following the bomb threat placed at the George County Chancery Clerks Office, EDWARDS placed an additional bomb threat to the Jackson County Sheriff's Office at approximately 2pm CT in violation of Title 18 U.S.C. § 844(e).

### July 23, 2026

2. On or about July 23, 2026, an unidentified individual at the time, who was later identified as EDWARDS, utilized a blocked phone number to call the office of the George County Chancery Clerk approximately 21 times between the hours of 1:34 pm and 1:42 pm (central time). During the course of these calls, EDWARDS stated, "Do not go outside," "the clock is ticking," and "die." An emergency disclosure request was submitted to C-Spire, in which the subject telephone number was identified as 513-390-1304. A

subsequent emergency disclosure request was submitted to Verizon for call detail records associated with the unknown subject.

3.  During the reviewing of the call records of the subject device, it was also determined that the subject device called the Jackson County Sheriff's Office Dispatch approximately 8 times utilizing *67 on July 23, 2026, between the hours of 2:06 pm and 2:24 pm (central time). Your Affiant is aware the *67 feature when used before dialing a phone number will hide or mask your Caller ID, making your call appear as "Private," "Blocked," or "Unknown". The *67 feature is a free, and easy way used by individuals in an attempt to hide their phone number and identity to keep their information private for a single call on most landlines and cellular devices. However, the *67 feature does not negate the calling number from being captured in toll records. A review of the Jackson County Sheriff's Office Dispatch's recorded calls identified two calls from the subject device which represented a threat. In the first call the subject stated "y'all got a bomb outside, don't come outside bitch." A short time later the subject placed the second call and stated "y'all still in there?" Jackson County Sheriff's Office lockdown the building due to the bomb threat referencing the exterior of the building. Jackson County Sheriff's Office then conducted a bomb sweep of the building's exterior to include the use of a bomb detection canine (K9).

4.  An open-source search of the subject telephone number through Cash App revealed two results, $loversPoint84, vanity name Michelle Edwards, and $onelasthug, vanity name Lovers. A review of SMS content related to the subject device revealed numerous SMS text messages referencing "Michelle." A review of law enforcement database information indicated the subject device (513-390-1304) was listed in numerous reports with the

3

Cincinnati Police Department in which Michelle Edwards was listed as the owner of the subject device.

5. A review of cell site information from the subject device on the night of July 23, 2026, indicated that the device was "bedded down" in the area of Pedretti Ave, Cincinnati, Ohio. It is noted that Edwards is associated with two listed addresses at 620 Pedretti Ave and 816 Pedretti Ave.

6. Based on the forgoing, your Affiant believes that probable cause exists showing that MICHELLE EDWARDS violated Title 18 U.S.C. § 844(e).

Jonathan Rayner
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on July _____ 30th _____, 2026.

United States Magistrate Judge

4