

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

**JUL 31 2026**

ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                           MAGISTRATE NO.  1:26mj - 657- RPM

MICHELLE FRANCINE EDWARDS

## MOTION TO UNSEAL COMPLAINT, ARREST WARRANT, AND AFFIDAVIT

The United States Attorney for the Southern District of Mississippi, through his Assistant United States Attorney John A. Meynardie, hereby submits that:

1)    On July 30, 2026, the United States obtained a judicially approved Criminal Complaint, affidavit in support of Criminal Complaint and arrest warrant in the above-referenced matter.

2)    The defendant having been arrested, there is no longer a need to maintain the complaint, arrest warrant and affidavit under seal.

WHEREFORE, the United States requests that the Court order that the Criminal Complaint, arrest warrant and the affidavit in support of the Criminal Complaint, be unsealed.

Date: 7/31/2026                              Respectfully submitted,

J.E. BAXTER KRUGER
United States Attorney

By:  _____
Hunter McCreight
Assistant United States Attorney
GA Bar No. 728770
1575 20th Avenue
Gulfport, MS 39501
228-563-1560 (Office) / 228-563-1571 (Fax)
Hunter.mccreight@usdoj.gov