IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              MAGISTRATE NO.  1:26mj657-RPM

MICHELLE FRANCINE EDWARDS

ORDER

Considering the foregoing Motion of the United States, the Court finds:

1)      The defendants having been arrested, there is no longer a need to maintain the

complaint, arrest warrant and affidavit in support of the criminal complaint under

seal.

IT IS HEREBY ORDERED the Criminal Complaint, arrest warrant and the affidavit in

support of the Criminal Complaint, be unsealed.

SO ORDERED this 31st day of July 2026.


/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE