AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

United States of America
v.
MICHELLE FRANCINE EDWARDS

*Defendant*

Case No. 1:26mj-657-RPM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHELLE FRANCINE EDWARDS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about July 23, 2026, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, Michelle Francine Edwards, transmitted, in interstate commerce, a threatening communication containing a threat to kill, injure the person of another or damage or destroy any building, in violation of 18 U.S.C. § 844(e).

Date: 7/30/26

*Issuing officer's signature*

City and state: Gulfport, Mississippi

Robert P. Myers, Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/31/26, and the person was arrested on *(date)* 07/31/26
at *(city and state)* CINCINNATI, OHIO.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 06 2026
ARTHUR JOHNSTON
BY DEPUTY

Date: 07/31/26

*Arresting officer's signature*

PETER CHALINSKY / AGENT
*Printed name and title*